# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Brotman, Stanley S. | 2. Court or Organization<br><br>U.S.D.C, New Jersey | 3. Date of Report<br><br>06/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>6030 M.H. Cohen US Courthouse<br>4th & Cooper Streets, Box 1029<br>Camden, NJ 08102-1029 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | 03/25-03/26/11 | New York , NY | Dinner | Lodge, Food |
| 2. | New Jersey State Bar Association | 5/19/11 | Atlantic City, NJ | Past Presidents' Luncheon | Food |
| 3. | AAA Club of South Jersey | 06/24/11 | Haddonfield, NJ | Professional/Civic Organization | Food |
| 4. | AAA Club of South Jersey | 12/21/11 | Gibbsboro, NJ | Professional/Civic Organization | Food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Advantage Pirmary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S. Enviro Systems, Inc. c/s (formly Cogenic Energy ) Sys Y | | | | | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Command Asset Money Market, formerly Wachovia Cap. Acct. | B | Interest | J | T | | | | | |
| 9. Wells Fargo Co., formerly Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ▨▨▨▨ TRUST: | | | | | | | | | |
| 13. -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | K | T | | | | | |
| 14. - General Electric Co. c/s | B | Dividend | L | T | | | | | |
| 15. - Colgate Palmolive Co. c/s | A | Dividend | K | T | | | | | |
| 16. - Johnson & Johnson c/s | A | Dividend | K | T | | | | | |
| 17. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Bank of America c/s | B | Dividend | K | T | | | | | |
| 19.  - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | | | | | |
| 20.  - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 21.  - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 22.  - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 23.  Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 24.  IBM c/s | A | Dividend | M | T | | | | | |
| 25.  Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 26.  Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 27.  THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 28.  - Glenmede Fund, Inc.: Strategic Equity Port | A | Int/Div | M | T | | | | | |
| 29.  THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 30.  - Glenmede Fund, Inc. : Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 31.  THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 32.  - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |
| 33.  Verizon c/s | A | Dividend | J | T | | | | | |
| 34.  Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 36. Intel c/s | A | Dividend | K | T | | | | | |
| 37. Israel Bonds | A | Interest | J | T | | | | | |
| 38. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 39. [ ] TRUST: | | | | | | | | | |
| 40. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 41. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 42. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 43. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 44. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 45. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 46. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 47. - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 48. Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 49. Unique Mobility, Inc. c/s (now known as UQM) | A | Dividend | J | T | | | | | |
| 50. [ ] TRUST: | | | | | | | | | |
| 51. - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | | | Redeemed | 7/1/11 | K | | |
| 53. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 54. - Glenmede Fund, Inc.; Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 55. - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Sold (part) | 11/30/11 | J | | |
| 56. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 57. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 58. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Sold (part) | 11/30/11 | J | | |
| 59. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 60. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 61. ___ TRUST | | | | | | | | | |
| 62. - Target Corp. c/s | A | Dividend | K | T | | | | | |
| 63. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 64. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 65. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 66. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 67. Lucent Technologies, now known as Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 68. Allianz RCM Innovation Fund now known as RCM Global Technol. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 70. ▮▮▮▮ TRUST | | | | | | | | | |
| 71. - Goldman Sacks Group c/s | A | Dividend | L | T | | | | | |
| 72. - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 73. ▮▮▮▮ TRUST | | | | | | | | | |
| 74. - Devon Energy Corp., c/s | A | Dividend | J | T | | | | | |
| 75. - Oracle Systems, c/s | | None | K | T | | | | | |
| 76. - 3M Co, c/s | A | Dividend | K | T | | | | | |
| 77. - Kellogg Co., c/s | A | Dividend | J | T | | | | | |
| 78. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 79. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 80. Freescale Semiconductor, c/s | | None | J | T | | | | | |
| 81. - Abbott Laboratories, c/s | A | Dividend | K | T | | | | | |
| 82. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | | | | | |
| 83. - Gillette Co, c/s | A | Dividend | K | T | | | | | |
| 84. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | | | | | |
| 85. - Pepsico, Inc., c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 87. - Pepsico, Inc., c/s | A | Dividend | K | T | | | | | |
| 88. - Marlbvoro Twp., NJ Brd Ed, dtd 7/15/04 4.5%, due 7/15/13 | B | Interest | L | T | | | | | |
| 89. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 90. Glenmede Fund, Inc. - Tax Exempt Cash Port dtd 10/14/88 | | | M | T | | | | | |
| 91. ▨▨▨ TRUST | | | | | | | | | |
| 92. - Illinois Tool Works, c/s | A | Dividend | K | T | | | | | |
| 93. - United Technologies Corp., c/s | A | Dividend | K | T | | | | | |
| 94. - Glenmede Fund, Inc. -International Port | B | Dividend | K | T | | | | | |
| 95. - Tweedy Brown Global Value Fund | A | Dividend | K | T | | | | | |
| 96. - William Blair Inst. Intl. Growth Fund | B | Dividend | K | T | | | | | |
| 97. -General Electric Cap. Corp., dtd 4/28/06, 5.5% due 4/28/11 | C | Interest | | | Redeemed | 04/28/11 | K | | |
| 98. - United Technologies Corp., dtd 4/29/02 6.1% due 5/15/2012 | C | Interest | L | T | | | | | |
| 99. - J.P. Morgan Chase & Co., dtd 11/25/02 5.75% due 1/2/2013 | B | Interest | K | T | | | | | |
| 100. -William Blair Intl. Growth - I | D | Dividend | K | T | | | | | |
| 101. ▨▨▨ TRUST | | | | | | | | | |
| 102. -FLP Group, Inc. c/s | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Walt Disney Company (dtd) 7/18/06, 5.7% due 7/15/11 | B | Interest | | | Redeemed | 07/15/11 | K | | |
| 104. -Boeing Co. (dtd 2/11/03) f.125%, Due 2/15/13 | B | Interest | K | T | | | | | |
| 105. -Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 106. -Express Scripts, c/s | A | Dividend | J | T | | | | | |
| 107. -Omnicom Group, c/s | A | Dividend | J | T | | | | | |
| 108. -Glenmede Fund, Inc., Large Cap. 100 Port | A | Dividend | K | T | | | | | |
| 109. -Pepsico Inc., dtd 5/21/07, 5.15%, 5/512 | B | Interest | K | T | | | | | |
| 110. -Proctor & Gamble Co, 8/10/04, 4.95 %, 8/15/14 | A | Interest | K | T | | | | | |
| 111. -NJ Sports & Exposition, dtd 1/1/02 4/6%, 3/1/12 | B | Interest | K | T | | | | | |
| 112. -NJ Sports & Exposition, dtd 1/1/02 4.6%, 3/1/12 | A | Interest | K | T | | | | | |
| 113. -Emerson Electric Co, dtd 12/11/02 5%, 12/15/14 | B | Interest | K | T | | | | | |
| 114. N.J. Tran, 5%, Due 6/15/18 | A | Interest | J | T | | | | | |
| 115. ▒▒▒▒ TRUST | | | | | | | | | |
| 116. -Travelers Companies, Inc. c/s | A | Dividend | K | T | | | | | |
| 117. -Verizon Communications dtd 4/4/08, 5.25% due 4/15/10 | B | Interest | K | T | | | | | |
| 118. -Hewlett Packard Co., dtd 3/3/08, 4.5%, due 3/1/13 | B | Interest | K | T | | | | | |
| 119. -Goldman Sachs Group, Inc. dtd 1/13/04, 5.15%, due 1/15/14 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Emerson Electric Co., dtd 8/24/05, 4.75% due 10/15/15 | B | Interest | K | T | | | | | |
| 121. -J. P. Morgan Chase & Co., c/s | A | Dividend | J | T | | | | | |
| 122. ▨ TRUST | | | | | | | | | |
| 123. Gilead Sciences, Inc. c/s | A | Dividend | J | T | | | | | |
| 124. McDermott Ins. Inc. c/s | A | Dividend | | | Sold | 07/29/11 | J | D | |
| 125. Omnicom Group, c/s | A | Dividend | J | T | | | | | |
| 126. Ontario Province, 2/3/05 4.5% | A | Interest | K | T | | | | | |
| 127. Applied Materials Inc., c/s | A | Dividend | | | Sold | 07/27/11 | J | B | |
| 128. Franklin Resources, Inc., c/s | A | Dividend | K | T | | | | | |
| 129. ITT Educational Servcies, Inc., c/s | A | Dividend | | | Sold | 11/30/11 | J | | |
| 130. Van Eck Global Hard Assets - I | A | Dividend | K | T | Sold (part) | 04/29/11 | J | C | |
| 131. Schlumberger Ltd. c/s | A | Dividend | J | T | | | | | |
| 132. Nucor Corp c/s | A | Dividend | J | T | | | | | |
| 133. Tweedy Browne Global Valve Fund | A | Dividend | K | T | | | | | |
| 134. Oracle Corp. dtd 1/13/06 5.25%, due 1/15/14 | A | Interest | L | T | | | | | |
| 135. GLENMEDE TRUST INVESTMENT | | | | | | | | | |
| 136. - Glenmede Fund Inc. Advisory Small CAD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Glenmede Fund, Inc. - U.S. Emerging Growth | A | Dividend | J | T | | | | | |
| 138.  - Glenmede Fund, Inc. International Port | A | Dividend | | | Sold | 12/1/11 | K | | |
| 139.  - Glenmede Fund, Inc. Large CAP 100 Port | A | Dividend | J | T | | | | | |
| 140.  - William Blair Int'l Growth - 1 | A | Dividend | J | T | | | | | |
| 141.  Cape May 4.375% due 8/15/14 | A | Interest | K | T | | | | | |
| 142.  Freehold Twp. 5% due 2/15/25 | B | Interest | | | Redeemed | 2/15/11 | K | | |
| 143.  Hammonton NJ 4.5% due 8/1/25 | B | Interest | | | Redeemed | 8/1/11 | K | | |
| 144.  Medford Twp. NJ 5% due 3/1/25 | B | Interest | | | Redeemed | 3/1/11 | K | | |
| 145.  Montgomery 5% due 4/1/27 | B | Interest | | | Redeemed | 4/11/11 | K | | |
| 146.  Montgomery 5% due 4/1/20 | B | Interest | | | Redeemed | 4/11/11 | K | | |
| 147.  Morris County, NJ 3% due 2/1/11 | C | Interest | | | Redeemed | 2/11/11 | L | | |
| 148.  New Jersey 5% due 7/1/31 | B | Interest | | | Redeemed | 07/1/11 | K | | |
| 149.  Pleasantville, NJ 4% due 7/1/12 | B | Interest | K | T | | | | | |
| 150.  Teaneck Twp., 5% due 7/15/28 | C | Interest | | | Redeemed | 7/18/11 | L | | |
| 151.  Washington, 4.875% due 1/1/23 | B | Interest | L | T | | | | | |
| 152.  ▨ TRUST | | | | | | | | | |
| 153.  -Glenmede Fund Inc. Advisory Small Cap | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Thornburg Intl. Value FD | A | Dividend | K | T | | | | | |
| 155.  -Coca-Cola Co. dtd. 11/1/07 5.35%, due 11/15/14 | A | Interest | K | T | | | | | |
| 156.  -Matthews Pacific Tiger FD 1 | A | Dividend | K | T | | | | | |
| 157.  -Artio International EQ FD 11 | A | Dividend | | | Sold | 11/30/11 | K | | |
| 158.  Babock & Wilcox Co. C/S | A | Dividend | J | T | | | | | |
| 159.  Matthew Pacific Tiger (FD 1 classification changed to FD IS) | A | Dividend | K | T | | | | | |
| 160.  NJ Econ Dev., dated 3/1/01, 4.75% due 6/15/11 | C | Interest | | | Redeemed | 06/15/11 | L | | |
| 161.  NJ St. EDL FACS Rowan Univ., dated 4/13/05, 4.0% due 7/1/11 | A | Interest | | | Redeemed | 07/1/11 | J | | |
| 162.  Hillsborough Twp NJ Sch.,4.25% dated 10/1/01 due 10/1/12 | B | Interest | K | T | | | | | |
| 163.  Vineland NJ Gloun LTD dated 6/1/07, 4% due 6/1/14 | D | Interest | M | T | | | | | |
| 164.  Growth Fund America, Class C | A | Dividend | K | T | | | | | |
| 165.  Burling. Cnty. NJ Bridge Comm. dtd.7/1/02, 4.75% due 8/15/22 | B | Interest | L | T | | | | | |
| 166.  [        ] TRUST | | | | | | | | | |
| 167.  -Absolute Strategies Fund 1 | A | Dividend | K | T | Buy | 03/30/11 | K | | |
| 168.  -Third Avenue Real Estate Val | A | Dividend | K | T | Buy | 03/30/11 | K | | |
| 169.  -Wal-Mart Stores, Inc. dtd. 8/24/07 5.8% due 2/15/18 | B | Interest | K | T | Buy | 05/06/11 | K | | |
| 170.  -Absolute Strategies Fund-1 | A | Dividend | J | T | Buy | 07/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Glenmeade Fund Inc., Core Fixed Income Port | B | Dividend | L | T | Buy | 07/25/11 | L | | |
| 172. -Third Avenue Real Estate Val. | A | Dividend | J | T | Buy | 07/22/11 | J | | |
| 173. -Pimco All Assets Auth. - IS | B | Dividend | K | T | Buy | 09/29/11 | K | | |
| 174. -Thornburg Intl. Valve FD-1 | B | Dividend | K | T | Buy | 11/30/11 | K | | |
| 175. Essex County, dtd. 8/15/02, 4.70% due 10/1/22 | A | Interest | J | T | Buy | 01/24/11 | J | | |
| 176. Jackson Twp. NJ Sch. Dist. dtd. 4/15/02, 5% due 4/15/24 | B | Interest | K | T | Buy | 01/24/11 | K | | |
| 177. Bordentown NJ Regl. Schl. dtd. 7/15/02, 4.90% due 1/15/28 | B | Interest | K | T | Buy | 01/24/11 | K | | |
| 178. Burlington Cty. NJ Bridge Comn, dtd 7/1/02 4.75% due 8/15/22 | B | Interest | K | T | Buy | 01/24/11 | K | | |
| 179. Ewing Twp.NJ Sch.Dist. dtd. 3/1/03 3.70% due 10/1/14 | B | Interest | K | T | Buy | 06/02/11 | K | | |
| 180. Burling. Cty. NJ Rev Bridge Comn dt 7/1/02 4.75% due 8/15/11 | B | Interest | K | T | Buy | 06/02/11 | K | | |
| 181. | | | | | Redeemed | 08/15/11 | K | | |
| 182. NJ St. Transn. TR SER B,dtd. 12/1/01 5.0%, due 12/15/21 | B | Interest | K | T | Buy | 01/24/11 | K | | |
| 183. | | | | | Redeemed | 12/15/11 | K | | |
| 184. NJ St. EDL FACS Stockton College dt.10/27/05 4.5% due 7/1/12 | B | Interest | K | T | Buy | 12/21/11 | K | | |
| 185. Passaic Cnty. NJ Utils dtd. 2/20/08, 3.25% due 3/1/12 | B | Interest | K | T | Buy | 12/21/11 | K | | |
| 186. NJ St. EDL FACS, dtd. 10/27/05, 4.50% due 7/1/12 | D | Interest | L | T | Buy | 12/28/11 | L | | |
| 187. Hopewell NJ Sch. Dist. dtd. 10/15/01, due 8/15/21 5% | C | Interest | K | T | Buy | 03/16/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Hopewell NJ Sch. Dist. dtd. 10/15/01, due 8/15/21 5% | | | | | Redeemed | 05/18/11 | K | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(a) In Section IV, entry # 3 and 4, reflect accompanying a spouse, a Director, to two functions of the company. The company assumed the expenses of all spouses of Directors attending this event. See Guide to Judiciary Policies and Procedures, Vol. 11, Chapter VI, Part G, Section 5 (b)(7).

(b)    In Section VII, entry#2 of this report, reflects a security no longer traded on any exchange and is determined to be worthless.

(c)  In Section VII, entry #90 of this report, reflects an account under the category "Cash & Reserve". This account holds shares of "Glenmede Fund Inc., Tax exempt Cas Port dated October 24, 1988" and cash.  I have been advised by Glenmede that the account is used as a  vehicle to which proceeds of sale of securities, interest and dividends are transferred for temporary holding to earn income, pending further investment, distribution and other functions of the trust, resulting in a fluctuation of value from time-to-time.   As of December 31, 2011 the value code was "M".

(d) In Section VII, entry# 187 reflects inclusinon  of a stock which was inadvertently omitted from the Financial Disclosure Report for the year 2010,  also noting its redemption, in item #188,  on May 18, 2011.  (Unfortunately there is not sufficient space to include both buy and redemption on same page.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stanley S. Brotman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544